**IN THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF DELAWARE; EASTERN DISTRICT OF VIRGINIA; COURT OF FEDERAL CLAIMS; AND/OR OTHER COURT ("THIS COURT")**

Chelsea L. Davis

v.

State of Texas, Supreme Court of Texas, Board of Disciplinary Appeals, Commission for Lawyer Discipline; Marvin W. Jones

v.

Chelsea L. Davis

RECEIVED
JUN 30 2015
AH

v.

McKool Smith P.C., State Bar of Texas, Baker Botts LLP, Asarco LLC, Leslie D. Ware, PanOptis LLC, Harlan R. Crow, Crow Holdings Capital Partners LLC, Samuel F. Baxter, Mark Werbner, Sayles Werbner P.C., C. Roderick Phelan, Lawrence J. Friedman, Jill Willis, Linda Acevedo, Robin Case, Ben Selman, Susan Farris, Edgar Nace, Jaye Crowder, Eric Aguilar, Dallas County, Collin County, Travis County, The Town of Highland Park, The Town of Addison, Texas Health Presbyterian Hospital, Southern Methodist University, Angeline Bain, Brian Lidji, Emily Tobolowsky, Jill Willis, Pershing Square Capital Management LP, Hayman Capital Management LP, Carlson Capital LP, Kynikos Associates LP, Omega Advisors Inc., Colt Ventures, and Dallas Cowboys Football Club Ltd.; John Does 1-10; LESLIE D. WARE

**NO. 1:15-cv-384
(Filed as 15-cv-639, into/with which "action(s)" are created and consolidated)**

**Withdrawal/Cancellation of Motion To Proceed In Forma Pauperis**

I, Chelsea L. Davis, withdraw/cancel my motion to proceed in forma pauperis dated May 13, 2015, although I do not admit that such was ever actually filed with "Complaint" at Document 1.

Dated: June 29, 2015

Respectfully submitted,

/s/Chelsea L. Davis
Chelsea L. Davis
TX Bar No. 24059652

U.S. Reg. No. 63,791
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

**CERTIFICATE OF SERVICE**

I certify that service of this is not required.

/s/Chelsea L. Davis
Chelsea L. Davis